JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jeff Raines,<br><br>            Plaintiff,<br><br>    v.<br><br>L.A. Fitness International, LLC, et al.,<br><br>            Defendant(s). | SACV 10-00022-JVS(RNBx)<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

    The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

    IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 45 days</u>, to reopen the action if settlement is not consummated.

DATED:    April 16, 2010

                                                             James V. Selna<br>
                                            United States District Judge